FILED BY _____ D.C.

05 OCT 31  PM 4: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

-vs-

**RALPH BERNARD BRUNO**

Case No.  **2:90cr20097-03-Ma**
Case No.  **2:90cr20259-02-Ma**

---

# ORDER APPOINTING COUNSEL PURSUANT TO
# THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

•     The Federal Public Defender is appointed as counsel for the Defendant.

## TYPE OF APPOINTMENT

**DONE** and **ORDERED** in 167 North Main, Memphis,  this ___31___ day of October, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
RALPH BERNARD BRUNO

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___11-2-05___


35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in
case 2:90-CR-20259 was distributed by fax, mail, or direct printing on
November 2, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT